IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JOHN L. RUNNELS,                            )
          Plaintiff,                     )
                                           )
v.                                          )     No. 3:11-CV-3496-P
                                           )
ROBERT E. GOODMAN, JR., ET AL.,             )
          Defendants.                   )

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this _30th_ day of _April_ , 2012.


_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE